**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

J. Vincent Aug, Jr.
United States Bankruptcy Judge

**Dated: March 31, 2010**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re                                                     Case No. 10-11127
Daniel Wingate
                    Debtor(s)                             Chapter 7 (Judge Aug)

**ORDER DENYING CREDITOR'S MOTION TO ATTEND TELEPHONICALLY**

    This matter is before the Court on Creditor Michelle Laliberte's motion to attend the first meeting of creditors telephonically (Doc. 10).

    Although the Court is sympathetic to Ms. Laliberte's request, there is no legal basis upon which to grant her request.

    It appears from her motion that Ms. Laliberte believes that the Debtor owes her a marital debt. Ms. Laliberte's inability to attend the first meeting of creditors will not prevent her from taking the necessary steps to file a complaint objecting to the nondischargeablity of a particular debt under 11 U.S.C. §523.

    Accordingly, the motion is hereby DENIED.

    IT IS SO ORDERED.

copy to:
    Default List

# # #